### 37932. UNIVERSAL C.I.T. CREDIT CORPORATION
### v. JOHNSON et al.

NICHOLS, Judge. The bill of exceptions in the present case shows the following waiver: "I, J. Wade Johnson, as Solicitor-General of the Oconee Judicial Circuit, defendant in error, do hereby acknowledge service of a copy of the bill of exceptions in the above captioned matter, and do waive notice of presentation of the bill of exceptions to the trial court judge, and I do further approve the bill of exceptions as correct and complete. This 30 day of July, 1959." A similar waiver of even date is shown for J. M. Johnson, Sheriff of Wheeler County, Georgia. The bill of exceptions was certified on July 31, 1959. *Held:*

"This waiver of notice prior to presentation to the trial judge for certification, in compliance with Code (Ann.) § 6-908.1 does not dispense with service of the bill of exceptions, or waiver thereof, as required by Code § 6-911, as amended by Ga. L. 1953, Nov.-Dec. Sess., pp. 440, 456. There is no return of service, or acknowledgment or waiver thereof, on the bill of exceptions, and this court has no jurisdiction of the writ of error. *Newton v. Bailey,* 208 *Ga.* 415 (67 S. E. 2d 239); *Branham v. Branham,* 209 *Ga.* 373 (72 S. E. 2d 713); *Barbaree v. Coffin,* 212 *Ga.* 370 (92 S. E. 2d 860)." *Maloney v. Balkcom,* 214 *Ga.* 194 (104 S. E. 2d 127); *Pendergrass v. Vandivere,* 98 *Ga. App.* 129 (105 S. E. 2d 240). Accordingly, the writ of error must be dismissed.

*Writ of error dismissed. Quillian, J., concurs. Felton, C. J., concurs especially.*

DECIDED NOVEMBER 10, 1959—REHEARING DENIED
NOVEMBER 24, 1959.

*Nat O. Carter, Wm. T. Darby,* for plaintiff in error.

*J. Wade Johnson, Solicitor-General,* contra.

FELTON, Chief Judge, concurring specially. I concur because of the ruling in *Barbaree* v. *Coffin,* 212 *Ga.* 370 (92 S. E. 2d 860).